**Order entered December 22, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-01452-CR

### EX PARTE GERARDO AVELLA YANEZ

**On Appeal from the 282nd Judicial District Court
Dallas County, Texas
Trial Court Cause No. WX15-90005-S**

## ORDER

On December 1, 2015, this Court ordered the Dallas County District Clerk to file the clerk's record in this accelerated appeal by December 16, 2015. To date, the clerk's record has not been filed.

Accordingly, we **ORDER** Felicia Pitre, Dallas County District Clerk, to file, by **DECEMBER 31, 2015**, a clerk's record containing all of the documents related to the article 11.072 habeas corpus proceeding, including the trial court's written order ruling on the application. If the clerk's record is not filed by that date, the Court will utilize the available remedies to obtain the clerk's record.

We **DIRECT** the Clerk to send copies of this order to Felicia Pitre, Dallas County District Clerk, and to counsel for all parties.

/s/     ADA BROWN
         JUSTICE